# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHANIEL L. FITZGERALD,                                                                         PLAINTIFF
ADC # 84210

v.                                    No. 1:10CV00060 JLH-BD

NATHAN GRIFFIN, *et al.*                                                                        DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims raised in both his original and amended Complaints are DISMISSED WITHOUT PREJUDICE. The Court certifies than an *in forma pauperis* appeal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 27th day of September, 2010.

/s/ J. Leon Holmes
UNITED STATES DISTRICT JUDGE