# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NATHANIEL L. FITZGERALD,                                                                PLAINTIFF
ADC # 84210

v.                                          No. 1:10CV00060 JLH-BD

NATHAN GRIFFIN, *et al.*                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE